Defendant:       **The Coconut Cooperative LLC**

Bankruptcy Case: **Ittella International LLC, et al.**

Preference Period: **Apr 3, 2023 - Jul 2, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Ittella International LLC | Ittella International LLC | PAYWT001517 | $52,640.00 | 4/10/2023 | 228258 | 1/17/2023 | $52,640.00 |

**Totals:**    **1 transfer(s),**    **$52,640.00**